UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDALL GREENE,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No. 3:20cv00268

District Judge Michael J. Newman

**ORDER (1) GRANTING THE PARTIES' JOINT MOTION FOR REMAND (DOC. NO. 16); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING ENTRY OF JUDGMENT IN PLAINTIFF'S FAVOR; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

    This Social Security disability benefits appeal is presently before the Court on the parties' joint motion to remand this case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). Doc. No. 16. For good cause shown, and because the requirements of a sentence-four remand have been satisfied, **IT IS ORDERED THAT** (1) the parties' Joint Motion for Remand (Doc. No. 16) is **GRANTED**; (2) this case is **REMANDED** to the Commissioner under the fourth sentence of 42 U.S.C. § 405(g) for proceedings consistent with the parties' Joint Motion and this Order; (3) Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision; and (4) the Commissioner will develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, hold a new hearing, and then issue a new decision. The Clerk of Court is directed to enter judgment in Plaintiff's favor pursuant to Fed. R. Civ. P. 58, and this case is **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

<u>March 18, 2021</u>  <u>s/Michael J. Newman</u>
Hon. Michael J. Newman
United States District Judge