IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RANDALL GREENE,

    Plaintiff,                                       Case No.: 3:20-cv-268

vs.

COMMISSIONER OF THE SOCIAL        District Judge Michael J. Newman
SECURITY ADMINISTRATION,            Magistrate Judge Peter B. Silvain, Jr.

    Defendant.

---

**ORDER: (1) GRANTING THE UNOPPOSED MOTION BY PLAINTIFF'S COUNSEL FOR AN ATTORNEY'S FEE AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT (DOC. NO. 19); AND (2) AWARDING EAJA FEES, COSTS AND EXPENSES IN THE AMOUNT OF $3,629.00**

---

This Social Security disability benefits appeal is before the Court on the motion by Plaintiff's counsel for an attorney's fees award under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $3,629.00. Doc. No. 19. No opposition has been filed and the time for doing so has expired. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **GRANTS** Plaintiff's counsel's unopposed motion; and (2) **AWARDS** EAJA fees in the amount of $3,629.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

July 2, 2021                                                                 s/Michael J. Newman
                                                                                            Hon. Michael J. Newman
                                                                                            United States District Judge